AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2022

SEAN F. McAVOY, CLERK

D9 CONTRACTORS, INC., a Washington corporation,
Plaintiff/Counter-Defendant,
v.
INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and TIM D. MAITLAND, in his official capacity as a fiduciary,
Defendants/Counter-Claimants,
v.
DIVISION 9 CONTRACTORS, INC., a Washington corporation; and MICHAEL O. DETRICK, SR., an individual,
Counter-Defendants.

Civil Action No. 4:20-CV-05140-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 29, is GRANTED. Defendant's Motion for Summary Judgment, ECF No. 30, is DENIED. Judgment entered for Plaintiff against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment

Date: 03/02/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*
Mishani Jack-Gonzalez